IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT A. CRAFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-03098-SEM-TSH |
| ) | |
| QUAKER MANUFACTURING, LLC, ) | Judge Sue E. Myerscough |
| and SUSAN REYNOLDS, individually, ) | |
| ) | Magistrate Judge Tom Schanzle-Haskins |
| Defendants. ) | |

**JOINT MOTION FOR LIMITED REFERRAL TO THE MAGISTRATE JUDGE FOR PURPOSES OF CONDUCTING A SETTLEMENT CONFERENCE AND FOR TEMPORARY STAYS ON THE BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND THE DISCOVERY PROCEEDINGS**

Defendants, Quaker Manufacturing, LLC ("Quaker") and Susan Reynolds ("Reynolds") (collectively "Defendants"), and Plaintiff, Robert Craft ("Plaintiff," collectively the "Parties"), by and through their respective attorneys, jointly and respectfully request that this Court enter an Order: (i) issuing a limited referral to the Magistrate Judge for the purpose of conducting a settlement conference; (ii) staying the briefing on Defendant's Motion to Dismiss; and (iii) staying discovery and related proceedings during the pendency of the referral.  In support of their Joint Motion, the Parties state as follows:

1. This is an action for alleged discrimination, harassment, and retaliation in violation of Title VII, the Age Discrimination in Employment Act, and Illinois common law by a former employee of Quaker.  The Complainant also asserts federal labor law violations and violations of Illinois common law torts.

2. The Complaint contains Thirteen Counts and was filed on April 23, 2021. *See* Docket Entry No. 1.

3. Defendants waived formal service (*see* Docket Entry No. 3) and filed a Motion to Dismiss directed at all claims in the Complaint on July 19, 2021. *See* Docket Entry Nos. 6-7.

4. Pursuant to Local Rule 7.1(B)(2), Plaintiff's response to Defendants' Motion to Dismiss is due to be filed on Monday, August 2, 2021, which is fourteen days after service of Defendants' Motion to Dismiss.

5. As Defendants' first appearance in this civil matter took place less than two (2) weeks ago, there has been no Local Rule 16.2 Scheduling Conference calendared, and the Parties have not yet conferred in preparation of the Local Rule 16.2 Scheduling Conference in order to discuss scheduling issues that are largely driven by discovery dates.

6. The Parties have expressed mutual desires to now focus their resources towards possible settlement. The Parties further believe that limiting litigation costs would aid the Parties during this process, which would have the added benefit of conserving the Court's resources.

7. Therefore, the Parties jointly request that this Court allow them to devote their time, effort, and resources into attempting to resolve their differences with the assistance of Magistrate Judge Tom Schanzle-Haskins, to whom the Parties seek a limited referral.

8. The Parties further request that briefing on Defendants' Motion to Dismiss, discovery, and related proceedings be stayed until Magistrate Judge Tom Schanzle-Haskins' referral ends.

9. The Parties have not previously requested any stays in scheduling and only do so now as reasonable effort to conserve resources that may be used towards settlement efforts at this very early stage of the litigation.

Wherefore, Quaker Manufacturing, LLC, Susan Reynolds, and Robert Craft jointly and respectfully request that the Court enter an Order: (i) issuing a limited referral to Magistrate

Judge Tom Schanzle-Haskins for the purpose of conducting a settlement conference; (ii) staying the briefing on Defendant's Motion to Dismiss; and (iii) staying discovery and related proceedings during the pendency of the referral.

Date: July 30, 2021                                         Respectfully submitted,

/s/John C. Kreamer (With Consent)                           /s/Brian K. Jackson
John C. Kreamer                                             Brian K. Jackson
Joseph E. Urani                                             Laner Muchin, Ltd.
Kreamer Law Group, LLC                                      515 North State Street, Suite 2800
1100 E. Warrenville Rd., Suite 135                          Chicago, Illinois 60604
Naperville, IL 60563                                        (p) (312) 467-9800
(p) (630) 995-3668                                          (f) (312) 467-9479
(f) (630) 597-9532

Attorneys for Plaintiff                                     Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Brian K. Jackson, an attorney, hereby certify that on July 30, 2021, I caused a copy of the foregoing **JOINT MOTION FOR LIMITED REFERRAL TO THE MAGISTRATE JUDGE FOR PURPOSES OF CONDUCTING A SETTLEMENT CONFERENCE AND FOR TEMPORARY STAYS ON THE BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND THE DISCOVERY PROCEEDINGS**, in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, including those listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

> John C. Kreamer
> Joseph E. Urani
> Kreamer Law Group, LLC
> 1100 E. Warrenville Rd., Suite 135
> Naperville, IL 60563
> (p) (630) 995-3668/ (f) (630) 597-9532

/s/ Brian K. Jackson