# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT A. CRAFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-03098-SEM-TSH |
| ) | |
| QUAKER MANUFACTURING LLC, ) | Judge Sue E. Myerscough |
| and SUSAN REYNOLDS, individually, ) | |
| ) | Magistrate Judge Tom Schanzle-Haskins |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, Plaintiff Robert A. Craft, Defendant Quaker Manufacturing, LLC, and Defendant Susan Reynolds, by and through his/her/its undersigned attorney of record, hereby stipulate and agree that this cause of action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing his/her/its own attorneys' fees and costs.

Stipulated to on December 20, 2021:

By: /s/Joseph E. Urani
    Joseph E. Urani
    Kreamer Law Group, LLC
    1100 East Warrenville Road, Suite 135
    Naperville, Illinois 60563
    joe.urani@kreamerlawgroup.com

    Attorney for Plaintiff

By: /s/Brian K. Jackson  (w/Consent)
    Brian K. Jackson
    Laner Muchin Ltd.
    515 North State Str., Suite 2800
    Chicago, IL 60654
    bjackson@lanermuchin.com

    Attorney for Defendants

## CERTIFICATE OF SERVICE

Joseph E. Urani, an attorney of record for Plaintiff, certifies that he caused the foregoing **Stipulation of Dismissal With Prejudice** to be served on the party below, via the Court's ECF filing system on this 20th day of December, 2021, addressed to:

Brian K. Jackson
Laner Muchin Ltd.
515 North State Str., Suite 2800
Chicago, IL 60654
bjackson@lanermuchin.com
Counsel for Defendant

/s/*Joseph E. Urani*
Joseph E. Urani

Counsel for Plaintiff